UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
HYUNDAI ROTEM COMPANY,                      )
                                            )
       Plaintiff,                           )
                                            )   Civil Action No.:  1:15-cv-10132-FDS
       v.                                   )
                                            )
MASSACHUSETTS BAY TRANSPORTATION            )
AUTHORITY, *et al.*                         )
                                            )
       Defendants.                          )
_____)

**AFFIDAVIT OF LARRY L. VARN IN SUPPORT OF PLAINTIFF'S
MOTION FOR EXPEDITED SCHEDULING CONFERENCE AND
<u>SCHEDULE FOR DISCOVERY</u>**

I, Larry L. Varn, do hereby state as follows:

    1.    I am a partner with the law firm Pierce Atwood LLP and am lead counsel representing the plaintiff, Hyundai Rotem Company ("<u>HRC</u>"), in this action.  I submit this affidavit in support of Plaintiff's Motion for Expedited Scheduling Conference and Schedule for Discovery.

    2.    This Affidavit is based upon my personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters, I believe them to be true.

    3.    Attached hereto as <u>Exhibit 1</u> is a true and accurate copy of my October 23, 2014 letter to MassDOT on behalf of HRC requesting public records pursuant to M.G.L. c. 66, § 10.

    4.    Attached hereto as <u>Exhibit 2</u> is a true and accurate copy of my October 23, 2014 letter to the MBTA on behalf of HRC requesting public records pursuant to M.G.L. c. 66, § 10.

5. Attached hereto as <u>Exhibit 3</u> is a true and accurate copy of my October 23, 2014 letter to the former Governor Deval L. Patrick on behalf of HRC requesting public records pursuant to M.G.L. c. 66, § 10.

6. Attached hereto as <u>Exhibit 4</u> is a true and accurate copy of a letter dated Oct. 28, 2014 from the Office of the Governor to me.

7. Attached hereto as <u>Exhibit 5</u> is a true and accurate copy of a letter dated November 3, 2014 from me to the Office of the Governor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of January, 2015.

                                                                                   */s/ Larry L. Varn*
                                                                                   Larry L. Varn