UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
HYUNDAI ROTEM COMPANY,              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No.:  1:15-cv-10132-FDS
                                    )
MASSACHUSETTS BAY TRANSPORTATION    )
AUTHORITY, *et al.*                 )
        Defendants.                 )
_____)

**AFFIDAVIT OF LARRY L. VARN IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Larry L. Varn, do hereby state as follows:

1. I am a partner with the law firm Pierce Atwood LLP and I am lead counsel representing the plaintiff, Hyundai Rotem Company ("HRC"), in this action. I submit this affidavit in support of Plaintiff's Motion for Preliminary Injunction, filed herewith.

2. This Affidavit is based upon my personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters, I believe them to be true.

3. Attached hereto as **Exhibit A** is a true and accurate copy of the Request for Proposals ("RFP") issued by the Massachusetts Bay Transportation Authority ("MBTA") on October 22, 2013.

4. Attached hereto as **Exhibit B** is a true and accurate copy of the Senior Selection Committee Worksheet for CNR's Technical Approach, produced by the MBTA.

5. Attached hereto as **Exhibit C** is a true and accurate copy of the Request for Clarification submitted by Sojitz Corporation of America on November 11, 2013, produced by the MBTA.

6. Attached hereto as **Exhibit D** are true and accurate copies of CNR MA Corporation's Articles of Incorporation, as on file with the Office of the Secretary of State of the Commonwealth of Massachusetts.

7. Attached hereto as **Exhibit E** is a true and accurate copy of CNR's May 15, 2014 cover letter to its Price Proposal.

8. Attached hereto as **Exhibit F** is a true and accurate copy of Governor Patrick's Event Itinerary for December 2013 Asia Trip, produced by the Office of the Governor.

9. Attached hereto as **Exhibit G** is a true and accurate copy of the December 14, 2013, article entitled, *Patrick Assesses Asia Trade Mission*, published in the Boston Globe.

10. Attached hereto as **Exhibit H** is a true and accurate copy of the October 21, 2014, article entitled: *Gov. Patrick:  New MBTA Cars will be Built in Springfield*, published by WGBH.

11. Attached hereto as **Exhibit I** is a true and accurate copy of the Request for Clarification submitted by Sojitz Corporation of America on January 27, 2014, produced the MBTA.

12. Attached hereto as **Exhibit J** is a true and accurate copy of the Request for Clarification submitted by Sojitz Corporation of America on February 28, 2014, produced by the MBTA.

13. Attached hereto as **Exhibit K** is a true and accurate copy of Addendum No. 7 to the RFP, dated March 4, 2014, produced by the MBTA.

14. Attached hereto as **Exhibit L** is a true and accurate copy of the Transit Staff Summary Sheet, produced by the MBTA.

15. Attached hereto as **Exhibit M** is a true and accurate copy of the Evaluation Worksheet (Consensus) Overall Technical Proposal Rating for CSR, produced by the MBTA.

16. Attached hereto as **Exhibit N** is a true and accurate copy of the Independent Cost Estimate, produced by the MBTA.

17. Attached hereto as **Exhibit O**, is a true and accurate copy of the MBTA Price Proposal Advisory Committee Report, produced by the MBTA.

18. Attached hereto as **Exhibit P** is a true and accurate copy of CNR's Price Proposal, dated May 15, 2014.

19. Attached hereto as **Exhibit Q** is a true and accurate copy of the Senior Selection Committee Worksheet for HRC's Technical Approach, produced by the MBTA.

20. Attached hereto as **Exhibit R** is a true and accurate copy of the Senior Selection Committee Worksheet for CNR's Manufacturing Plan, produced by the MBTA.

21. Attached hereto as **Exhibit S** is a true and accurate copy of CNR's Interview Transcript, produced by the MBTA

22. Attached hereto as **Exhibit T** is a true and accurate copy of CNR's Technical Proposal, dated May 15, 2014.

23. Attached hereto as **Exhibit U** is a true and accurate copy of the Senior Selection Committee Worksheet for CNR's Past Performance, produced by the MBTA.

24. Attached hereto as **Exhibit V** is a true and accurate copy of the Senior Selection Committee Worksheet for CSR's Past Performance, produced by the MBTA.

25. Attached hereto as **Exhibit W** is a true and accurate copy of the Senior Selection Committee Worksheet for HRC's Past Performance, produced by the MBTA.

26. Attached hereto as **Exhibit X**, is a true and accurate copy of *Governor Patrick: MBTA Red and Orange line work just the beginning for CNR Changchun and Springfield*, October 21, 2014, published by MassLive.

27. Attached hereto as **Exhibit Y**, is a true and accurate copy of a Presentation to the MassDOT Board of Directors, dated October 22, 2014, produced by the MBTA.

28. Attached hereto as **Exhibit Z** are true and accurate copies of *CSR, CNR say net profits up; merger gets board approvals and company meetings set on March 9,* January 21, 2015, South China Morning Post and *Merger terms agreed by CSR and CNR*, December 31, 2014, International Railway Journal.

Signed under the pains and penalties of perjury this 29th day of January, 2015.

*/s/ Larry L. Varn*
Larry L. Varn

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 29, 2015, I filed a copy of the foregoing document with the Court's CM/ECF System, which will distribute a copy of the document to all counsel of record, and paper copies will be sent to those indicated as non-registered participants.

*/s/ Larry L. Varn*
Larry L. Varn

{W4695623.2}
4