# Exhibit T- Part 1
## to Affidavit of Larry Varn

 **Massachusetts Bay Transportation Authority**



# Technical Proposal

## for
## MBTA RFP No. CAP 27-10
## New Orange and Red Line Vehicles

**May 15, 2014**

 **Massachusetts Bay
Transportation Authority**



# TABLE OF CONTENTS

| Section No. | Title | Page No. |
|---|---|---|
| **1** | **TECHNICAL APPROACH** | **1-1** |
| 1.1 | Organization and Project Staff | 1-1 |
| 1.2 | Statement of Understanding | 1-11 |
| 1.3 | CNR's Stainless Steel Carbody Experinece and Experience of Subcontractors | 1-11 |
| 1.4 | Proposed Trucks | 1-21 |
| 1.5 | Weight Management Plan | 1-30 |
| 1.6 | Vehicle Safety | 1-32 |
| 1.7 | Performance Simulation / Summary Duty Cycle Analysis | 1-34 |
| 1.8 | Vehicle Design Approach – Red and Orange Lines | 1-44 |
| 1.9 | Electromagnetic Compatibility (EMC) | 1-45 |
| 1.10 | Project Schedule | 1-48 |
| 1.11 | Design Review Process | 1-66 |
| 1.12 | Systems Integration | 1-67 |
| 1.13 | Conceptual Design Drawings | 1-74 |
| 1.14 | Mobilization Plan – Qualification Testing | 1-74 |
| 1.15 | Reliability | 1-78 |
| **2** | **MANUFACTURING PLAN** | **2-1** |
| 2.1 | Manufacturing Capacity and Logistics | 2-1 |
| 2.2 | Final Assembly Requirements | 2-12 |
| 2.3 | Work Done By Prime Contractor | 2-12 |
| 2.4 | Massachusetts Final Assembly Contractor | 2-13 |
| 2.5 | Massachusetts Final Assembly Facility | 2-24 |
| 2.6 | Massachusetts Job Creation and Retention | 2-31 |
| 2.7 | Work by Other Entities | 2-35 |
| 2.8 | Major Sub-System Suppliers | 2-35 |
| 2.9 | Vehicle Shipping Method and Logistics | 2-40 |
| 2.10 | Staffing of Massachusetts Final Assembly Facility | 2-40 |
| 2.11 | Departmental Interplay | 2-41 |
| **3** | **PAST PERFORMANCE** | **3-1** |
| 3.1 | Description of CNR Changchun Railway Vehicles CO., LTD | 3-1 |
| 3.2 | Heavy Rail Transit Car Contracts | 3-6 |
| 3.3 | Offeror and Major Subcontractors Past Performance | 3-36 |
| 3.4 | All Passenger Transportation Past Performance | 3-60 |
| 3.5 | Description of High Speed Product of CNR Changchun | 3-84 |
| **4** | **QUALITY ASSURANCE PLAN** | **4-1** |
| 4.1 | Introduction | 4-1 |
| 4.2 | Details of Approach | 4-1 |

 **Massachusetts Bay
Transportation Authority**



| 4.3 | Organization | 4-2 |
| 4.4 | Quality Manual | 4-3 |
| 4.5 | Project Quality Plan | 4-4 |
| 4.6 | Sample Procedures and Documentation | 4-20 |
| | | |
| **5** | **M/WBE PARTICIPATION** | **5-1** |
| 5.1 | Completed M/WBE Utilization Form | 5-1 |
| 5.2 | M/WBE Participation Schedule | 5-3 |
| 5.3 | M/WBE Letter of Intent and Certification Forms | 5-5 |
| 5.4 | Minority and Women Owned Business Enterprises (M/WBE) Participation Plan | 5-5 |
| 5.5 | Preserve and Enhance M/WBE Participation | 5-12 |
| | | |
| **6** | **APPENDIX – ADDITIONAL DOCUMENTATION** | **6-1** |
| 6.1 | Conceptual Design Drawings | 6-2 |
| 6.2 | M/WBE Letter of Intent Forms | 6-23 |

 **Massachusetts Bay
Transportation Authority**



This Page Intentionally Left Blank

 **Massachusetts Bay
Transportation Authority**



# 1   TECHNICAL APPROACH

## 1.1   ORGANIZATION AND PROJECT STAFF

Below is the RFP requirement for the proposed Organization and Project Staff:

| Tab I.1 (a) Organization Chart, Resume and Responsibilities of Key Staff |
|---|
| *Provide a detailed organization chart (with names) of the project staff including, but not limited to Program Manager, Production Manager, Lead Electrical Engineer, Lead Mechanical Engineer, System Engineer (System Integration) Quality Engineer, Warranty and Reliability Engineers, Field Support Manager, Training and Manuals Manager. Include a detailed one-paragraph resume of each individual's experience, which directly applies to this project. A matrix of the responsibilities, location, and decision making authority, of the key staff shall be included.* |
| *The proposed staff must be the staff which will actually fill each identified role and deliver the services defined in the contract and the proposal. Changes of key individuals require the prior approval of the Authority.* |

China CNR Corporation Limited (CNR), one of the largest rail vehicle equipment manufacturers and its subsidiary, CNR Changchun Railway Vehicles Co., Ltd. (CNR CRC), have formed a joint venture, CNR MA Corporation, in Massachusetts, herein referred to as "CNR" to supply rail vehicles and equipment to North America and beyond. CNR has assembled a team of key staff members that will be dedicated to the MBTA Orange Line and Red Line project. CNR have made a long-term commitment to delivering new passenger rail equipment to the U.S. market and, as part of this long-term strategy, CNR is establishing its U.S. headquarters in Massachusetts. By establishing a permanent manufacturing facility in Massachusetts, CNR will be linked to the State of Massachusetts for many years to come. CNR will use these facilities on all future rail rolling stock equipment projects in North America and abroad. CNR's leadership capabilities and financial strength, and CRC's engineering and manufacturing experience, makes this team uniquely qualified to execute this project with unqualified success. The assigned staff members have extensive experience in the design, manufacture, quality assurance, testing and commissioning and delivery of rail vehicles, including modern stainless steel carbody construction.

### 1.1.1   Organization Charts by Facility

The project team consists of key individuals that are identified on the following organization chart, which identifies the staff by location. All the staff in these locations, Massachusetts, U.S. and Changchun, China, will report through the U.S. experienced Project Manager, whom CNR has appointed for this project, and who will be located in the Boston local office.



 **Massachusetts Bay
Transportation Authority**



## 1.1.2    Roles, Responsibilities and Experience of Key Staff

The key individuals for this project are identified below, and are listed by facility location. Along with the role they will play for the MBTA project, their experience with the manufacturing of railcars is also identified.

**Personnel at CNR Massachusetts, U.S. – Boston Local Office / Springfield Facility:**

The project will be managed from the Boston local office. CNR has designated the following key people and responsibilities listed below, in addition to those positions that CNR will hire experienced American workers to fill certain positions identified on the Organization Chart found in Section 1.1.1.

The General Manager, **Mr. Xiwei Lu**, will be the chief representative of CNR on site and responsible for the comprehensive management on the project site and the general work of the project; he will coordinate, dispose and resolve the problems occurring in the implementation of the project and report to the corporation. At the same time, Mr. Lu will also coordinate and deal with outstanding issues during project implementation, and report up to headquarters in China. It is noted that the General Manager will not be responsible for running the project, but to ensure that the Project Manager has all authority and dedicated resources and equipment necessary to run the project.

The Project Manager, **Mr. Mike Feenaughty,** will have a full authority to manage and oversee the overall project execution from the Boston office, and will be the single point of contact for all communications with the MBTA. Mr. Feenaughty has been working for several railcar manufacturers over the past 28 years and specifically in management roles for the past 19 years. His most recent role has been the U.S. Tender Director of Rolling Stock and Components at Alstom Transportation Inc., in which he successfully managed tenders valued at over $500 Million.  As of January 2014, Mr. Feenaughty was responsible for a factory workforce increase from 30 to 300 personnel in a timeframe of a year and a half. His Project Management skills and responsibilities included the $330 Million WMATA 6000 Series project, the first WMATA project to achieve contract reliability goals and achieve final vehicle acceptance.  Mr. Feenaughty also managed the design / build and delivery of 60 Amtrak Surfliner rail cars that were delivered on time and under budget.

The Deputy Project Manager, **Mr. Bo Jia**, will work closely with the Project Manager to oversee the development of the project both in China and in the U.S. Currently, Mr. Jia is the General Manager Assistant of CNR Changchun Railway Vehicles Co. Ltd He joined CNR in 1993, and is currently one of the senior experts in the rail industry. From 2001 to 2007, he worked as director of Mass Transit Vehicles Design Dept., jointly led many design projects for large metro projects, such as Beijing metro, and Tianjin metro. In 2007, he was appointed as vice chief engineer. Since then, he has been participating and leading several metro projects such as Beijing metro, Shenzhen metro, Thailand metro, Hong Kong metro, Brazil metro, and Saudi Arabia metro.

The Contract Administration Manager, **Mr. Dai Iwama**, has over 18 years of professional experience in the area of Marketing and Sales, with 8 year specifically focused in the transportation industry. Mr. Iwama has worked as a contract administrator for the following projects:  Propulsion System for Long Island Rail Road/Metro-North Railroad M-7 EMU; HVAC system for NJ Transit/AMT/Maryland MTA Multi Level Coaches; SEPTA Silverliner V EMU Project. He will directly support the Project Manager on the MBTA project.

The Deputy Project Engineer, an American with sound experience in the passenger transit industry, will be responsible for all engineering related activities that will take place in the Springfield facility. He will have the following direct reports: Lead Mechanical Engineer, Lead Electrical Engineer, other

 **Massachusetts Bay
Transportation Authority**



system engineers, and Systems Integrator. The Deputy Project Engineer will also oversee and be responsible for Testing & Commissioning activities, Methods Engineering, Product Support, and Industrial Design.

The Systems Integrator will be a locally-hired and skilled American with adequate experience in the passenger transportation industry.  This person will be responsible for will controlling and monitoring the systems integration functions during the vehicle design process, including participation in the execution and acceptance of all vehicle, system, subsystem, and component qualification testing. At the top level, this includes the external interfaces of the electrical and mechanical systems with the railcars and existing MBTA systems, including wayside equipment, communications command centers, and maintenance facilities. This also includes the internal interfaces between the various onboard vehicle electrical and mechanical systems.

The Systems Integrator will be a locally-hired and skilled American with adequate experience in the passenger transportation industry.  This person will be responsible for will controlling and monitoring the systems integration functions during the vehicle design process, including participation in the execution and acceptance of all vehicle, system, subsystem, and component qualification testing. At the top level, this includes the external interfaces of the electrical and mechanical systems with the railcars and existing MBTA systems, including wayside equipment, communications command centers, and maintenance facilities. This also includes the internal interfaces between the various onboard vehicle electrical and mechanical systems.

The Systems Integrator will be a locally-hired and skilled American with adequate experience in the passenger transportation industry.  This person will be responsible for will controlling and monitoring the systems integration functions during the vehicle design process, including participation in the execution and acceptance of all vehicle, system, subsystem, and component qualification testing. At the top level, this includes the external interfaces of the electrical and mechanical systems with the railcars and existing MBTA systems, including wayside equipment, communications command centers, and maintenance facilities. This also includes the internal interfaces between the various onboard vehicle electrical and mechanical systems.

The Production Manager will be a locally-hired and skilled American whose responsibilities will include the management and overall coordination of the production of the railcars at the Springfield facility.

The Quality Manager, who will be a locally-hired and skilled American, will be mainly responsible for the quality assurance, quality control planning and implementation of the electric system of the vehicle assembly, quality management and control planning and implementation of the purchased electric parts and participate in the building and routine maintenance of the quality system.

The Planning Manager will be responsible for the establishment, organization, planning and implementation of the general production plan to ensure the on-time delivery of the railcars to the MBTA; will develop, maintain, and update project schedule at the Springfield facility; assist the project manager and other key staff in communication and coordination of the relevant items of the project plan; provide the monthly progress report of the project. This position will also be filled by a highly skilled American.

The Methods Engineering Manager, **Ms. Ying Sun**, has been engaged in manufacturing engineering for passenger car projects since 2001, which included preparation of technical plans and documents, designation of production resource skills, facilities, and jigs, work sequencing, organization of tests and solving key problems, and provided ongoing technical support for manufacturing. Ms. Sun is the process director and process manager for Pakistan Project, Beijing

 **Massachusetts Bay Transportation Authority**



Line 5 Project, Tianjin Coastal Express Project, Hong Kong WIL Project, Brazil Rio Line 1A Project and Brazil Rio Line 4 Project. Ms. Sun's role as the Methods Engineering Manager for this MBTA project will include performing technical analysis and producing technical proposals and documents for the production configuration. She will also be responsible for organizing and planning of manufacturing work flow at the Springfield project site; and establishing process documents and process plans used in the production; be responsible for the process planning of the interfaces between assembly and commissioning and Trucks; and also cooperate with the training manager to carry out well the technical training of the on-site operators.

The Test & Commissioning Manager, **Mr. Guorui Zhai**, is a highly experienced electrical design engineer with knowledge of electrical schematic designs for many projects, and has extensive experience in commissioning. Mr. Zhai will be responsible for establishment of the test and commissioning process flow and organizing the verification of the test program; and for organizing the static and dynamic testing of the vehicles. He will also provide technical instruction and support during the commissioning phase.

The Procurement Manager will be responsible for the purchase of materials used in the production of the railcars. Purchasing Agents will assist the Procurement Manager in completing the purchase of materials and organize the arrival of goods and other relevant purchasing work. Both of these roles will be filled by locally-hired and skilled Americans.

The Materials Manager, also a locally-hired and skilled American, will be responsible for organization and coordination of all the materials allocation for production; Will be responsible for organization and coordination of planning, organization and control of warehousing, storage, keeping and issuing of some materials such as purchased parts and other parts; be responsible for organizing and reporting the logistic information of the purchased materials.

The Construction Manager will be responsible for the oversight and management of the construction of the Springfield facility. We intend to retain the construction manager after the construction work has been finished.

The Product Support Manager, **Mr. John Hynes**, is an accomplished manager with over twenty-five years of progressive experience and responsibility in transportation and project management. Highly developed administrative and management skills, Mr. Hynes has the ability to effectively communication, supervise staff, develop and manage budgets, and schedule labor and training of large workforce.

An M/WBE Liaison Officer will be appointed by CNR. This will be a dedicated long term position to ensure that M/WBE participation is maximized for all CNR projects. This person will be locally-hired and skilled American. Further information is provided in the M/WBE Plan.

**Personnel at CNR China – Changchun Facility:**

The Pilot phase will be led by CNR Changchun to draw on their experience and familiarity with CNR designs and practices.

The Deputy Project Manager, **Mr. Jijun Han**, has extensive experience in the design and associated technologies for mass transit rail vehicles. He also has on-site vehicle management experience. Since 2006, he has been working as a project manager for CRC. In addition to being familiar with the project management process in China and overseas, Mr. Han has successfully organized the implementation of multiple rolling stock projects. Mr. Han also has a Project Management (PMP) certification approved by the Project Management Institute (PMI). Specifically for the MBTA

 **Massachusetts Bay Transportation Authority**



project, Mr. Han will be responsible for establishing, instructing, and monitoring the activities of the project team from the beginning to the end of the project.

The Corporate Quality Director, **Mr. Wenping Zhou**, has been engaged in vehicle design and manufacturing methods for many years. He has served as Director of the Mainline Engineering Department, and has a wealth of experience in vehicle design. Leading a team, Mr. Zhou has successfully completed the design of over 10 mainline passenger train projects and EMU projects, and has been directly responsible for quality management since 2009. As quality supervisor of the company, he is in charge of the preparation and implementation of the quality strategy, quality plan, quality guidelines, quality system and relevant systems under the leadership of the general manager. He takes full responsibility for: company quality management; improvement of product quality; the preparation of the overall quality strategy; the of review quality control policies, procedures, systems and operational regulations; supervision and review of the implementation of quality policies and systems; taking charge of the quality control of the supply chain; the organization of important quality issue analysis meetings; the direction of, and dealing with, major quality risk and accident work.

The Quality Manager, **Mr. Zongmin Liu**, has a significant amount of quality management exposure for several different types of projects. Mr. Liu has experienced being involved with the pipe assembly for a water supply and instructional work for the fitter technology. He was also engaged in some overseas projects by providing translation and assistance in the commercial inspection portions. He has continued to provide his services and skills to other projects which include Bangkok (BTS), HK WIL and SIL projects, and Brazil EMU. Specifically for the MBTA project, Mr. Liu will be in charge of managing and monitoring the project quality work and finding different ways of improving the quality. Mr. Liu reports directly to the Corporate Quality Director, Mr. Wenping Zou.

The Production Manager, **Mr. Xianbo Chen**, has been engaged in production management for many years, currently he is the director of Production Manager's Office, with a wealth of experience in production management, he is good at organization and coordination, and he is skilled at production system management software, such as SAP and P3E, he has production management experience for more than 10 domestic and overseas projects, all meet milestone and key dates requirement. He will serve as production manager for this MBTA project, take charge of establishment and improvement of production control system, prepare production plan, check production condition to ensure completion of production tasks. He will be in charge of inspecting and auditing the production schedule, as well as providing instructions to the US manufacturing facility in Massachusetts.

The Procurement Manager, **Mr. Huaikai Sun**, has previously managed CRC's procurement department for various urban railway projects, such as: Brazil EMU, Brazil 1A, Hong Kong (HK) WIL, HK SIL, and the Ethiopia project. Mr. Sun's role on the MBTA project will be to manage the procurement process, and will work closely with the Procurement Manager in the Springfield, Massachusetts facility.

The Project Engineer, **Mr. Haifeng Hong**, has been engaged in technical management for Beijing Line 15 and Beijing line 6 metro projects, Beijing Linear Motor Airport Express, Chongqing Monorail, and now he is Deputy Director in CRC technical design department. For MBTA project, he will be responsible for Technical & Design work.

The Systems Integrator, **Mr. Zhonghai Wang**, for MBTA project will be responsible for systems integration work. Overall charging and reviewing all interface between all subsystems, including interior and exterior systems. He has the experience of being interface manager for WIL & SIL

 **Massachusetts Bay Transportation Authority**



project of HK. He also has been the design engineer of electrical system for many projects, such as Shen Yang Line 1, Shang Hai Line 6&8, Chong Qing Line 1.

The Method Engineer, **Mr. Qingzhu Liu**, has been part of the carbody manufacturing process as well as other technology developments for stainless steels. Since 2006, Mr. Liu has been in charge of organizing each professional technical team in order to further develop their technology and production services. He was the Technology Manager of the HK SIL, Beijing line #5, #10, #13 &#15, and Shenyang Metro projects. Mr.Liu's role as the Technology Manager for this MBTA project will include him developing technical analysis, producing technical proposals and documents for the production configuration, and fulfilling the design drawing specifications.

The Test Engineer, **Mr. Wei Wang**, has handled projects dealing with the application of new energies and equipment modifications. He was also engaged in designing the brakes and providing the optimal efficiency design for the brake system. Since 2008, Mr. Wang has been responsible for type testing, RAMS, and R&D management. For the MBTA project, he will be responsible for establishment of debugging process flow and organizing the verification of the experiment program; and for organizing the static and dynamic debugging of the vehicles.

The RAMS Management Engineer, **Mr. Yongsheng Li**, has acquired a variety of skills and knowledge that proved to be valuable on past projects. He was the RAMS manager for the BTS option car project, in which he was in charge of the design and management of RAMS-related tasks. He was also the RAMS manager for Beijing #15, Haerbing Line #1, and Chengdu Line #3 & #4 projects. For the MBTA project, Mr. Li will be responsible for providing the reliability analysis for the system, producing the reliability prediction reports, and organizing the reliability test and maintenance validation activities, formulating security design plan, organizing hazard identification and evaluation, and organizing the FMECA, Fault Tree Analysis, and System Safety Hazard Analysis (SSHA), and other related analyses.

### 1.1.3    Responsibilities Matrix

| Name | Title | Responsibilities | Location | Decision Making Authority |
|------|-------|------------------|----------|---------------------------|
| Mr.Xiwei Lu | General Manager | Chief representative of the corporation; be responsible for the comprehensive management on the project site and the general work of the project. | USA | To make decisions for major issues on-site, and manage the leaders of each department. |
| Mr. Mike Feenaughty | Project Manager | Assist the general manager in completing the comprehensive management on the site; organizing all the meetings related to the project, supervise, inspect, coordinate and examine the implementation of the resolutions of the meetings; manage project cost, progress and quality. | USA | Solve the problems existing during project implementation, and report to general manager regularly. |

 **Massachusetts Bay Transportation Authority**



| Name | Title | Responsibilities | Location | Decision Making Authority |
|------|-------|------------------|----------|---------------------------|
| Mr. Bo Jia | Deputy Project Manager | Assist the project manager to implement on-site management work; collect, sort, statistics, analyze, conclude, and report information during project, and to prepare and update the communication information between each relevant departments. | USA | Focusing on the project plan, production progress management, and temporarily deal with the project's issues entrusted by the project manager. |
| Mr. Jijun Han | Deputy Project Manager | Assist the project manager in completing the comprehensive management in China; organizing all the meetings related to the project, supervise, inspect, coordinate and examine the implementation of the resolutions of the meetings; manage project cost, progress and quality for activities in China. | China | Solve the problems existing during project implementation, and report to the project manager regularly. |
| Mr. Dai Iwama | Contract Administration Manager | Support the Project Manager on the MBTA project with regards to Contract Administration tasks, such as manage communications with subcontractors, maintain contract records and logs, and use standard contract principles by establishing internal policies and procedures. | USA | Make decisions directly related to Contract Administration related issues. |
| TBD | Quality Manager | Responsible for planning, organizing and implementing the project quality management work; in charge of establishing quality management system, quality inspection before using, FAI and products' quality at the Springfield facility. | USA | Be responsible for produce the quality standard, and delivery inspection. |
| Mr. Zongmin Liu | Quality Manager | Responsible for planning, organizing and implementing the project quality management work; in charge of establishing quality management system, quality inspection before using, FAI and products' quality. | China | Be responsible for produce the quality standard, and delivery inspection. |
| TBD | Deputy Project Engineer | Be responsible for the management of the technical team for the design process, testing and commissioning, methods engineering, and product support after-sale service in the implementation of the project. | USA | Decision-making in technical issues of this project; be responsible for instructing, monitoring, assessing the technical management. |


**Massachusetts Bay Transportation Authority**



| Name | Title | Responsibilities | Location | Decision Making Authority |
|------|-------|------------------|----------|---------------------------|
| Mr. Haifeng Hong | Project Engineer | Be responsible for the technical support in the whole process on-site design changes, purchase, manufacturing, experiment and after-sale service in the implementation of the project; be responsible for management of the on-site technical team. | China | Decision-making in technical issues of this project; be responsible for instructing, monitoring, assessing the technical management. |
| TBD | Systems Integrator | Be responsible for the technical guidance and support of the systems integration of the vehicles in the U.S. | USA | In charge of the system integration and standard clarification, and report the major issues to Deputy Project Engineer. |
| Mr. Zhonghai Wang | Lead Systems Integrator | Be generally responsible for the technical guidance and support, etc. of the systems integration of the vehicles on the site. | China | In charge of the system integration and standard clarification, and report the major issues to Project Engineer. |
| Mr. Qingzhu Liu | Method Engineering Manager | Be responsible for organizing establishment of the process documents and process plans used in the production; be responsible for organizing the technical guidance and support of the production process in the manufacturing process; organize the planning of some relevant work of adjustment of the process layout on the project site, expansion and reconstruction of the plant building. | China | In charge of the assembly facility and equipment sources, and examination of production capability human rescues, and organizing the instruction, supporting, and inspection work for technology. |
| Ms. Ying Sun | Methods Engineering Manager | Be responsible for establishment of process documents and guidance of the process methods of vehicle assembly; assist training manager in assembly technical training. | USA | Clarify the process standard, and instruct assembly processes. |
| Mr. Yongsheng Li | RAMS Management Engineer | Be responsible for overall RAMS management; analyze the RAMS demands, collect the RAMS original data and provide the data analysis report. | China | To provide the data for improving the stability and reliability. |

 **Massachusetts Bay Transportation Authority**



| Name | Title | Responsibilities | Location | Decision Making Authority |
|------|-------|------------------|----------|---------------------------|
| Mr. Huaikai Sun | Procurement Manager | Be responsible for purchase, of purchase contract signing, material preparation as per demand, and claims for compensation to the suppliers under the on-site project. | China | To implement material purchasing work based on overall schedule, and coordinate material delivery based on production demand. |
| Mr. John Hynes | Field Support Engineer | Be responsible for organization and coordination of the relevant work during the quality assurance service after sales of the vehicles; be responsible for solve the problem existing during servicing; be responsible for summary, analysis and feedback of the after-sale service information and presenting the product rectification proposal. | USA | To supervise and control the vehicle after-sale warranty service, make the vehicle operation security proposal, guarantee vehicle safety and reliable operation. |
| TBD | Production Manager | Responsible for the assignment of all skilled labor and issuing of required tools to perform all manual work on the vehicles. Manage the overall production activities with close attention to the delivery schedule to ensure on-time delivery of the vehicles. | USA | In charge of general production organization and holding regular production meeting, and implementation of production schedule |
| Mr. Xianbo Chen | Production Manager | Produce, organize, plan, and implement daily manufacturing plan, to ensure on-time delivery. | China | In charge of general production organization and holding regular production meeting, and implementation of production schedule |
| Mr. Guorui Zhai | Test & Commissioning Manager | Be responsible for all testing and commissioning activities necessary to achieve vehicle acceptance by the MBTA | USA | Decision making that affect testing & commissioning |
| Mr. Wei Wang | Test Engineer | Be responsible for establishment of commissioning process flow in CRC; be responsible for organizing the static and dynamic commissioning. | China | Be responsible for commissioning |

 **Massachusetts Bay Transportation Authority**



| Name | Title | Responsibilities | Location | Decision Making Authority |
|------|-------|------------------|----------|---------------------------|
| TBD | M/WBE Liaison Officer | As the single point liaison, responsible for all interfaces with the minority firms and the transit authority. Activities include but not limited to the following: prepare reports for payment to minority firms; review purchase orders; establish and maintain contract and subcontract award records; attend business opportunity workshops, seminars and trade fares related to minority involvement | USA | In charge of decisions directly related to M/WBE activities at all levels. |

## 1.2   STATEMENT OF UNDERSTANDING

Below is the RFP requirement for the Statement of Understanding, and CNR's commitment of compliance.

> ### Tab I.1 (b) Statement of Understanding
>
> *Provide a statement that confirms that the Offeror fully understands and will adhere to the requirements of the technical specification and all design and manufacturing standards referenced or otherwise applicable.*

CNR confirms that it fully understands and will adhere to the requirements of the technical specification and all design and manufacturing standards referenced or otherwise applicable.

## 1.3   CNR'S STAINLESS STEEL CARBODY EXPERINECE AND EXPERIENCE OF SUBCONTRACTORS

Below is the RFP requirement for the experience with stainless steel carbody manufacturing, and subcontractor history information:

> ### Tab I.1 (c) Experience with Design and Manufacturing of Stainless Steel Carbodies for Heavy Rail Transit Vehicles
>
> *Indicate the Offeror's experience with the design and manufacture of stainless steel carbodies for heavy rail transit vehicles, with emphasis on North American projects. To do this, provide a matrix that includes: the transit property; number of cars; date of contract; and carbody manufacturer (in-house or sub-contractor).*
>
> *Identify the potential subcontractor(s) for the Propulsion, Trucks and Major Truck Components, Auxiliary Power, Low Voltage DC Power, HVAC, Carbody, Couplers / Draft Gear, Wheel Sets, Air Brake Equipment and Controls, Cab Signal Equipment, Door Systems, Seats, Vehicle Monitoring System, Network Equipment and Integrator, Communications Equipment including LED and LCD Signage, Lighting. Identify the type of equipment being considered and where and in what quantities similar equipment is in use. Indicate where this equipment will be manufactured and assembled. The Authority places special emphasis on the use of equipment that is service proven in a similar application in the North American market.*

 **Massachusetts Bay Transportation Authority** 

### 1.3.1   Experience with stainless steel carbody

The stainless steel carbodies to be provided by CNR will be manufactured in Changchun, China. CNR began developing stainless steel transit vehicle designs in 1987. With the delivery of 116 stainless steel vehicles to Tianjin Binhai Metro in 2002, CNR became the first Chinese manufacturer to successfully deliver lightweight stainless steel heavy rail vehicles. CNR then went on to deliver 192 stainless steel vehicles for Beijing Metro Line 5 in 2005, a project that proved the maturity of CNR's research, design and manufacturing processes. Since 2005, CNR's manufacturing processes have been developed and refined even further, allowing CNR to become a world-class rail vehicle manufacturer able to compete in the world marketplace. In the past 10 years, CNR has produced over 3000 stainless steel carbodies, as shown in "Stainless Steel Projects" table located at the end of this section.

CNR has continued to advance stainless steel vehicle manufacturing techniques and designs by setting up a dedicated stainless steel carbody research and development platform and manufacturing base. Currently, more than 200 experienced CNR engineers specialize in heavy rail transit design development. CNR uses advanced software, such as Catia 3-D design software, an integrated Virtual Product Management (VPM)/SAP system and ANSYS for Finite Element Analysis (FEA), to provide the best and most efficient designs to their customers. CNR has successfully performed FEA analyses on past projects having similar requirements as in Section T 3.05.03 I of the technical specification.



**Finite Element Analysis of Complete Car**

Following FEA, the complete carbody structure is physically tested to validate the finite element model of the car and the FEA, and to confirm that the structural strength of the carbody fully meets the customer's requirements.

 **Massachusetts Bay Transportation Authority**





**Static Testing of Carbody structure**

CNR spot welds 90% of the stainless steel components on the carbody in order to provide lightweight vehicles. To ensure that the spot welds transfer operating and emergency loads, CNR has created exacting stainless steel spot welding procedures and has performed FEAs on the carbody structures and has validated the analyses via physical tests. The low heat generated during the spot welding process reduces carbody deformation and ensures that the skin panels remain flat and aesthetically pleasing.



**Spot Welding Jig for Stainless Steel Sideframe Panels**

 **Massachusetts Bay Transportation Authority**  



**Spot Welded Stainless Steel Carbody**

Laser welding has recently been incorporated into many heavy rail carbody designs. CNR has thoroughly researched laser welding designs and processes, and has substituted laser welding for spot welding on carbody kin panels. CNR has used FEA to compare the strength of spot welded structures with laser welded structures, and the results of the analysis show that laser welding provides superior structural and fatigue strength, and preserves skin flatness while eliminating spot welding discoloration on the exterior of the vehicle.



**Laser Welded Stainless Steel Carbody**

The table below shows CNR's previous contracts for stainless steel heavy rail vehicles, for which CNR has specifically manufactured the carbody structure.



Massachusetts Bay
Transportation Authority



## Stainless Steel Projects

| No | Transit Agency | Contract Award | Car Quantity |
|----|----------------|----------------|--------------|
| 1 | Beijing Metro Line 5 | 2005 | 192 |
| 2 | Shenyang Metro Line 1# | 2006 | 138 |
| 3 | Australia Double-Deck Stainless Steel EMU Project | 2006 | 624 |
| 4 | Bangkok BTS Metro Project | 2007 | 48 |
| 5 | Hong Kong Metro West Island Line | 2008 | 120 |
| 6 | Shenzhen Metro Line 3, New Procurement | 2009 | 114 |
| 7 | Brazil Rio de Janeiro Metro 1A | 2009 | 114 |
| 8 | Beijing Metro Line 9 | 2009 | 144 |
| 9 | Beijing Metro Line 10 Phase II | 2009 | 258 |
| 10 | Beijing Metro 15# | 2009 | 180 |
| 11 | Beijing Yizhuang Line | 2009 | 138 |
| 12 | Chongqing Rail Transit Line 1 | 2009 | 174 |
| 13 | Brazil EMU Project | 2009 | 120 |
| 14 | Chongqing Rail Transit Line 6 | 2010 | 126 |
| 15 | Beijing Metro 6# | 2011 | 384 |
| 16 | Beijing Metro Line 5 New Procurement | 2011 | 132 |
| 17 | Hong Kong MTR South Island Project | 2011 | 30 |
| 18 | Beijing Metro 14# | 2012 | 228 |
| | | Total | 3264 |

## 1.3.2 Potential Suppliers and Experience Matrix

| System / Equipment | Type of Equipment | Supplier | Facility Location | Where Used | Quantity |
|--------------------|-------------------|----------|-------------------|------------|----------|
| Auxiliary Power Supply System | Auxiliary Power Supply; Low Voltage DC Power | Mitsubishi Electric Power Products, Inc. | Freedom, PA, USA | SEPTA | 120 cars |
| | | | | NYCT | 300 cars |
| | | | | BART | 410 cars |
| | | TOYO DENKI USA, Inc. | Freedom, PA, USA | WMATA | 364 |
| | | | | MNR | 162 |
| | | | | NYCT | 2 |
| | Battery | Saft America Inc. | Valdosta, GA, USA | NYCT | 15 |
| | | | | HRT | 13 |
| | | | | SFMTA | 151 |
| | | | | NYCT | 618 |
| | | | | NYCT | 460 |
| Cab Signaling Equipment | Automatic Train Protection; Automatic Station Identification | Alstom Signaling, Inc. | Rochester, NY, USA | MNR | 190 |
| | | | | SEPTA | 118 |
| | | | | UTA | 20 |
| | | | | PATCO | 60 |
| | | | | Seoul, South Korea | 14 |
| | | ANSALDO STS USA, Inc. | Batesburg, SC, USA | NJT | 99 |
| | | | | NJT | 33 |

 **Massachusetts Bay Transportation Authority**

 **CNR**

| System / Equipment | Type of Equipment | Supplier | Facility Location | Where Used | Quantity |
|---|---|---|---|---|---|
| | | | | LACMTA | 52 |
| | | | | LIRR | 418 |
| | | | | PAAC | 83 |
| | | | | LACMTA | 50 |
| | | | | Sound Transit | 31 |
| | | | | NJT | 42 |
| | | | | CATS | 20 |
| | | | | ARRC | 68 |
| | | | | NJT | 10 |
| | | | | STM | 144 |
| | | | | LACMTA | 78 |
| | | | | WMATA | 32 |
| | | | | Montreal STM | 104 |
| | | | | HART | 68 |
| Carbody | | CNR Changchun Railway Vehicles Co., Ltd. | Changchun, China | Chongqing, China | 126 |
| | | | | Beijing, China | 384 |
| | | | | Beijing, China | 132 |
| | | | | Hong Kong MTR | 30 |
| | | | | Beijing, China | 228 |
| Communication Equipment | PIS, PA, PEI, CCTV (Option V) | RL Control LLC / ISC Applied Systems | Eden Prairie, Minnesota, USA | DART | 2 |
| | PIS, PA, PEI, CCTV (Option V), WiFi, Infotainment, Network | | | MDT | 138 |
| | ICCU for VHF and UHF radio systems | | | GO Transit | 157 |
| | Communication System including interoperability with existing Amtrak fleet | | | Caltrans | 130 |
| | Analog PA/IC + PEI equipment including new equipment designs | | | GO Transit | 60 |
| | Analog PA/IC + PEI equipment | | | GO Transit | 25 |
| | Digital Passenger Information System (PIS) & video surveillance, | | | SACRT | 21 |
| | Digital Passenger Information System (PIS) | | | TRIMET | 18 |
| | | | | VRE | 8 |
| | | | | METRO | 19 |
| | Digital Passenger Information System (PIS) & video surveillance, wireless communications | | | METROLINX | 18 |
| Communication Equipment | | | | SMART | 12 |
| | Digital Passenger Information System (PIS) & video | RL Control LLC / ISC Applied Systems | Eden Prairie, Minnesota, USA | PATCO | 120 |

 **Massachusetts Bay Transportation Authority**



| System / Equipment | Type of Equipment | Supplier | Facility Location | Where Used | Quantity |
|---|---|---|---|---|---|
| Communication Equipment | surveillance, infotainment, wireless communications | | | | |
| | Upgrade of the communications control panel in support of UHF radio upgrade | | | WMATA | 1000 |
| | Digital Passenger Information System (PIS) for new and existing LRV fleet | | | SDMTS | 109 |
| | Control Amplifier | TOA Communication Systems | NJ, USA | MBTA | 80+ |
| | Control Amplifier with GPS function | | NJ, USA and Japan | SCRRA and SFRTA | 141+ |
| | LED sign | | NJ, NY, and Japan | MBTA, SCRRA and SFRTA | 800+ |
| | Automatic Announcement System Unit | | Japan | India, Hong Kong MTR, Singapore, Turkey, Greece, China, Japan | 900+ |
| | Passenger Emergency Intercom | | Japan and NJ, USA | MBTA, SCRRA, NYCT, India, Hong Kong MTR, Singapore, Turkey, Greece, China, Japan | 4500+ |
| | LCD Monitor (Option VIII) | | Japan | India and Greece | 1000 + |
| | Main Communication Unit | | NJ, USA | NYCT | 50+ |
| | Interior Speaker | | Japan, Indonesia, USA | USA, India, Hong Kong MTR, Singapore, Turkey, Greece, China, Japan | 10000+ |
| | Interior Camera (Option V) | | Japan and USA | NYCT, SCRRA, India | 250+ |
| Composite Flooring | Abrastop/Foam Lite | Baultar Concept, Inc. | Windsor, Quebec, Canada | Montreal STM | 468 |
| | Abrastop/Foam | | | CSX | 200+ |
| | Abrastop/Foam | | | METRA | 104 |
| | Abrastop/Foam & Abrastop/Fibre | | | Amtrak | 21 |
| | Abrastop/Foam | | | RTD Denver | 12+ |
| | Abrastop/Foam | | | SNCF | 344 |
| Coupler and Draft Gear | | Wabtec Passenger Transit | Duncan, SC, USA | BART | 80 |
| | | | | CTA | 706 |
| | | | | LACMTA | 74 |
| | | | | MARTA | 100 |
| | | | | NYCT | 1030 |
| | | | | NYCT | 600 |
| | | | | NYCT | 212 |

 **Massachusetts Bay Transportation Authority**



| System / Equipment | Type of Equipment | Supplier | Facility Location | Where Used | Quantity |
|---|---|---|---|---|---|
| | | | | NYCT | 1662 |
| | | | | NJT/NYCT | 350+ |
| | | | | Toronto TTC | 216 |
| | | | | Toronto TTC | 156 |
| | | | | Montreal STM | 2808 |
| | Includes Door Open Pushbuttons int/ext (Option VII) | Ellcon National Inc. (Faiveley Transport) | Greenville, SC, USA | NJT | 800 |
| | | | | SEPTA | 720 |
| | | | | AMT | 1200 |
| | | | | NJT | 770 |
| | | | | NJT | 3000 |
| | | | | NJT | 1800 |
| | | | | SEPTA | 2600 |
| | | | | WMATA | 8000 |
| Door System | | Vapor Stone Rail Systems | Duncan, SC, USA | NYCT | 12,360 |
| | | | | NYCT | 7,200 |
| | | | | NYCT | 3,392 |
| | | | | NCYT | 16,032 |
| | | | | LIRR | 2,824 |
| | | | | PATH | 4,200 |
| | | | | CTA | 706 |
| | | | | MNR | 405 |
| | Gap Mitigation Device (Option VI) | | Plattsburgh, NY, USA | MBTA | 200 |
| | Door Open Pushbuttons int/ext (Option VII) | | | NYCT | 46,000+ |
| | | | | CTA | 80 |
| | | | | CTA | 706 |
| | | Wabtec Passenger Transit | Duncan, SC, USA | LACMTA | 74 |
| | | | | MARTA | 100 |
| Friction Brake System | | | | NYCT | 1030 |
| | | | | NYCT | 600 |
| | | | | NYCT | 212 |
| | | | | NYCT | 6 |
| | | Ellcon National Inc. (Faiveley Transport) | Greenville, SC, USA | SNCF | 150 |
| | | | | NS (Netherlands) | 130 |
| | | | | Grenoble, France | 100 |
| | | | | MARTA | 58 |
| | | Ellcon National Inc. (Faiveley Transport) | Greenville, SC, USA | NYCT | 28 |
| | | | | SFMTA | 64 |
| HVAC | | | | RTCSNV | 32 |
| | | Mitsubishi Electric Power Products, Inc. | Freedom, PA, USA | MNR | 405 cars |
| | | | | NJT | 95 cars |
| | | | | Montreal AMT | 160 cars |
| | | | | NYCT | 126 cars |

 **Massachusetts Bay Transportation Authority**

 **CNR**

| System / Equipment | Type of Equipment | Supplier | Facility Location | Where Used | Quantity |
|---|---|---|---|---|---|
| | | | | NJT | 100 cars |
| | | | | Maryland MTA | 54 cars |
| | | | | NYCT | 600 |
| | | | | NYCT | 212 |
| Lighting | | LECIP Inc. | Hornell, NY, USA | Caltrans | Unavail. |
| | | | | SEPTA | Unavail. |
| | | | | Amtrak | Unavail. |
| | | TDG Transit Design Group, Inc. | Niagara Falls, NY, USA | Sound Transit | 9 cars |
| | | | | SunRail | 22 cars |
| | | | | SEPTA | 250 cars |
| | | | | Mn/DOT | 18 cars |
| | | | | UTA | 18 cars |
| | | | | Amtrak | 36 cars |
| Propulsion System | Traction Motor, Propulsion Inverter Box, Gear Unit, Switch Box | Mitsubishi Electric Power Products, Inc. | Itami, Japan And Freedom, PA, USA | LIRR | 836 |
| | | | | MNR | 336 |
| | | | | MNR/CDOT | 380 |
| | | | | SEPTA | 120 |
| | | | | MDT | 28 |
| | | | | WMATA | 29 |
| | Traction Motor, Propulsion Inverter Box, Gear Unit, Switch Box | Toyo Denki USA, Inc. | Freedom, PA, USA | DART | 20 |
| | | | | DART | 48 |
| Seating | | Freedman Seating Company | Augusta Blvd, Chicago, IL 60651. | Rocky Mountaineer | 2 trains |
| | | | | Amtrak | 140 trains |
| | | | | Sun Tran | 8 trains |
| | | | | ODOT | 2 trains |
| | | | | TriMet | 6 trains |
| | | | | SEPTA | 26 trains |
| | | | | GCRTA | 34 trains |
| | | | | MVTA | 27 trains |
| | | | | METRA | 298 trains |
| | | | | STA | 33 trains |
| | | | | WMATA | 50 trains |
| | | | | TriMet | 27 trains |
| | | | | Port Authority | 82 trains |
| | | Kustom Seating | Bellwood, IL, USA | DART | 259 car sets |
| | | | | WMATA | 428 car sets |
| | | | | METRO | 38 car sets |
| | | | | MVTA | 59 car sets |
| | | | | TriMet | 18 car sets |
| | | | | CATS | 26 car sets |
| Training | | FAAC, Incorporated | Royal Oak, MI | NYCT | 1 |

 Massachusetts Bay
Transportation Authority



| System / Equipment | Type of Equipment | Supplier | Facility Location | Where Used | Quantity |
|---|---|---|---|---|---|
| Simulator (Option XI) | | | | Metropolitan Transit Authority - Houston Rail | 1 |
| | | SIMUTECH INTERNATIONAL CO., LTD | Beijing, China | Beijing Metro ; China DaLian MTRC; Dalian Modern Rail Transit Co. China Beijing Vocational College of Transportation; CNR Changchun Railway Vehicles Co., Ltd | 30 |
| Trucks | Gallary Car Truck | Bradken, Inc. | Atchison , Kansas, USA | Metra | 554 |
| | | | | Metra | 26 |
| | | | | Metra | 600 |
| | | | | VRE | 20+ |
| | | | | BART | 500 |
| | | | | BART | 160 |
| | | | | WMATA | 600 |
| | | | | WMATA | 384 |
| | | | | WMATA | 368 |
| | | | | MARTA | 200 |
| | | | | MARTA | 10 |
| | Bi-level | | | Go Transit, Tri-Rail | 1098 |
| | | | | SCRRA, Coaster, West Cost Express, ACE, Sounder, Trinity Railway Express, Caltran | 1082 |
| | | | | UTA | 322 |
| | TTC H-Series | | | TorontoTTC | 932 |
| | TTC Workcar | | | TorontoTTC | 18 |
| | EMD Loco | | | Unavail. | 77,381 |
| | GE Loco | | | Unavail. | 16,561 |
| | MPI Loco | | | METRA | 142 |
| | Brookville | | | Unavail. | 20 |
| Vehicle Monitoring System | Includes Network Equipment and Integrator | Mitsubishi Electric Power Products, Inc. | Freedom, PA, USA | MNR | 405 |
| | Includes Network Equipment and Integrator | Toyo Denki Seizo K.K. | Yokohama, Japan | Beijing, China | 100+ |
| Wheelsets | Wheels, Axles, Journal Bearings and Housing | UTCRAS, Inc | Morton, PA, USA | SCRRA | 644 |
| | | | | SEPTA | 500 |
| | | | | RTD Denver | 200 |
| | | | | Amtrak | 520 |
| | | | | AMARTA | 960 |

 **Massachusetts Bay Transportation Authority**



## 1.4    PROPOSED TRUCKS

Below is the RFP requirement for the proposed trucks:

| Tab I.1 (d) Proposed Trucks |
| --- |
| *Describe the proposed trucks for this contract. Include such information as, but not limited to, structural material description, suspension (primary or secondary) description, allowable static and dynamic movement, and fully assembled weight. Provide a listing of the past experience of the basic design of the proposed trucks. Indicate where the major truck structural components will be manufactured (cast or fabricated) and where the trucks will be assembled.* |

### 1.4.1    Technical Approach

CNR, along with Bradken (formerly Atchison Castings) are proposing a cast truck design utilizing the expertise and service proven history of Bradken trucks within North America. After a thorough evaluation of capable North American truck suppliers, CNR selected Bradken as the strongest partner. Bradken as a company can both design and manufacture trucks for their clients. They aren't dependent upon an inflexible design being used to satisfy a service proven design instead they can focus on the needs of current vehicle designs to provide the best solution utilizing the experience they have gained as a leading North American truck supplier.

Bradken has designed and manufactured over 5,000 railway passenger trucks since 1961 and more than 90,000 locomotive trucks since 1936. These trucks have provided millions of miles of safe and highly reliable service for the many long distance and commuter rail passengers in North America.

Bi-Level trucks have been provided for Metrolink (SCRRA), Sounder (Seattle), Coaster (San Diego), Trinity Railway Express (Dallas Fort Worth), Altamont Commuter Express (ACE), SFRTA (formerly Tri-Rail), GO Transit, and several others.

For the transit industry, Bradken has provided trucks for Toronto (TTC), Washington (WMATA), San Francisco (BART) and Atlanta (MARTA). It is the TTC truck that CNR focused on for their MBTA design. The TTC truck has inboard journals and the same axle center distance as the MBTA. This truck had been in service for 37 years and will soon be having a second life in Lagos, Nigeria. This kind of service dependability, along with the fact that these trucks will be reconditioned for an expected 20 years of additional service, provided CNR the confidence that Bradken trucks can withstand the rugged service environment of the MBTA heavy rail vehicles.

CNR has a large truck design engineering team of more than 70 engineers and has been designing and fabricating trucks since 1954. This design team has extensive truck experience from lower speed LRVs to high-speed intercity cars. These cars include trucks for LRVs, EMUs including subway cars for speeds of 50-125 mph (80-200 km/hr), and intercity high speed trucks for 236 mph (380 km/hr) cars. Based on this extensive experience CNR is confident in being able to complete the design and integrate the total truck assembly.

In addition, CNR has extensive truck production experience and fabricates up to 6,000 trucks per year.

CNR's truck design capabilities include CAD or CATIA, and classical/finite element stress analysis using ANSYS, dynamic performance analysis using SIMPACK or VAMPIRE. CNR's Advance Technology Test Center provides static and fatigue testing for truck structural elements, and can also provide dynamic performance simulation tests of a complete car including trucks.