IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYUNDAI ROTEM COMPANY, )<br><br>Plaintiff, )<br><br>BOMBARDIER TRANSIT CORPORATION, )<br><br>Intervenor- )<br>Plaintiff, )<br><br>v. )<br><br>MASSACHUSETTS BAY TRANSPORTATION )<br>AUTHORITY and CNR MA CORPORATION, )<br><br>Defendants. )<br> ) | CIVIL ACTION<br>NO. 1:15-cv-10132-FDS |

## DECLARATION OF JONATHAN DAVIS

I, Jonathan Davis, declare as follows:

1.      I am the Deputy General Manager of Finance and Administration/Executive Chief Financial Officer of the Massachusetts Bay Transportation Authority ("MBTA"). I am responsible for, among other things, managing the financing and accounting of the MBTA, managing the MBTA's operating and capital budgets, overseeing the collection of all revenue, and providing financial counsel to the MBTA's General Manager and its Board of Directors.

2.      Beginning in August 2008, the MBTA undertook an extensive procurement process for the award of a contract to provide up to 284 new rail cars for the Red and Orange Lines of the MBTA subway system as well as capital spare parts, CCTV operator display screens, gap mitigation devices, LCD monitors, automatic passenger counting systems, and training simulators (the "Contract"). The first Orange Line cars are scheduled to be delivered 36 months from the issuance of the Notice to Proceed ("NTP"), which would place the first delivery in or around January of 2018. Delivery of both Orange and Red Line cars as well as parts and

accessories is expected to continue until 2024.

3.    The MBTA established an extensive and comprehensive evaluation and selection process.  Subject matter experts from within the MBTA and the Massachusetts Department of Transportation (the "DOT") conducted the process and were supported by third-party experts and consultants.

4.    In my capacities as the MBTA's Deputy General Manager of Finance and Administration/Executive Chief Financial Officer, I served as one of three members of the Senior Selection Committee, charged with both the technical and price evaluation of the proposals submitted by the Proposers and making the ultimate recommendation to Dr. Beverly Scott, the General Manager, whether and to which party to award the Contract.  The other two members of the Senior Selection Committee were the MBTA's Chief Mechanical Officer, Jeffrey Gonneville, and Deputy Chief Operating Officer, Dion Stubbs.

5.    Also in my capacities as the MBTA's Deputy General Manager of Finance and Administration/Executive Chief Financial Officer, I served as one of three members of the Price Proposal Advisory Committee, charged specifically with evaluating the Proposer's Price Proposals and advising the Senior Selection Committee in its selection. The other two members of the Price Proposal Advisory Committee were the Assistant Secretary and Chief Financial Officer of the DOT, Dana Levenson, and the MBTA's Deputy Director of Financial Planning, Eric Waaramaa.

6.    The procurement process in which I participated is accurately described in the "Staff Summary Sheet," presented to the Massachusetts Department of Transportation Board of Directors (the "DOT Board") on October 22, 2014, a true copy of which is attached hereto as Exhibit A.

A/76690646.2

7.     Following an extensive technical evaluation process, the Senior Selection Committee, with the advice of the Price Proposal Advisory Committee, evaluated the Price Proposals of the four (4) Proposers that had submitted Technical Proposals of a level rated at least "Potential to Become Acceptable." Pursuant to the RFP, the committees evaluated those Price Proposals for, inter alia, completeness, reasonableness, responsibility, and balance.

8.     On September 4, 2014, the Senior Selection Committee made its official recommendation to Dr. Beverly Scott, the MBTA's General Manager, that the contract be awarded to CNR. The Senior Selection Committee stated that CNR's overall Proposal was the most advantageous to the MBTA, offering the best combination of technical capability and price. Attached hereto as Exhibit B is the Senior Selection Committee's Determination Memorandum.

9.     On October 16, 2014, Dr. Scott accepted the Senior Selection Committee's recommendation of CNR and asked her staff to prepare a summary of the procurement to be prepared for presentation to the DOT Board along with a request that she be authorized to enter into a contract with CNR for the manufacture and deliver of up to 284 new Red and Orange Line vehicles. Attached hereto as Exhibit C is a true copy of the General Manager's Memorandum of Determination.

10.    On October 22, 2014, the DOT Board voted to authorize Dr. Scott to execute a formal contract with CNR, in a form approved by the General Counsel, to furnish and deliver 284 Orange and Red vehicles at a price not to exceed $566.6 million.  The DOT Board also authorized the Secretary of Transportation to execute an Intergovernmental Service Agreement with the MBTA to fund the purchase of the new Red and Orange Line vehicles and the associated support costs for the procurement. Attached hereto as Exhibit D is a true copy of the DOT Board's Minutes of the Meeting of October 22, 2014.

A/76690646.2

11.     On November 7, 2014, pursuant to the DOT Board's vote, the MBTA issued a Notification of Award to CNR.

12.     The MBTA and CNR executed the Contract on November 19, 2014.   On December 22, 2014, the MBTA issued to CNR a Notice to Proceed with the Contract.   Attached hereto as Exhibit E is a true copy of the executed Contract without exhibits, which are voluminous.

13.     On February 5, 2015, pursuant to the prior DOT Board vote, the DOT and the MBTA entered into an Intergovernmental Service Agreement in the amount of $728,968,456 for both the Contract and associated support costs for the procurement.   Attached hereto as Exhibit F is a true copy of the Intergovernmental Service Agreement, dated February 5, 2015.

14.     In my opinion, granting Bombardier and HRC the relief they request (including HRC's request that it be awarded the Contract) would greatly harm the already-depleted funds of the Commonwealth, the DOT, and the MBTA. The Commonwealth is the primary source of funds for the MBTA. If the MBTA is forced to award the Contract to another, higher-priced bidder, such as Bombardier or HRC, it will require a greater diversion of funds from the commonwealth transportation funds. Those funds are used for other, much-needed MBTA projects that would suffer as a result of a higher-priced contract for the Red and Orange Line rail cars.   In addition, the relief requested would not be in the public interest to the extent it would delay the manufacture and supply of new Red and Orange Line vehicles that are needed by commuters.

Signed under the penalties of perjury this 20th day of February, 2015.

Jonathan Davis

- 4 -

A/76690646.2

**CERTIFICATE OF SERVICE**

I, Emma D. Hall, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 20, 2015.

/s/ Emma D. Hall

A/76720315.1