# EXHIBIT A

| | | | Transit STAFF SUMMARY SHEET (MBTA PROCEDURES NO. 1) | |
|---|---|---|---|---|
| S.S. No. | | | | |
| | | FOR | | FROM: |
| 1 | GM | **1&2** Approval | Dept.: MBTA Vehicle Engineering | Tel: ext. 617-222-3106 |
| | | 1 Signature | Presenter: Beverly A. Scott, Ph.D. | |
| 2 | BD | **2** Vote | Subject: New Orange and Red Line Vehicles Procurement (RFP CAP No. 27-10) | Date: October 22, 2014 |
| | | Info | | |

Implications:  (The implications checked below are involved in this action, are discussed below or in a separate enclosure, and have been considered in the final recommendation.)

[x] Capital Budget    [ ] Operating Budget    [ ] Legal    [ ] Other

## I.    PURPOSE[1]

The purpose of this Staff Summary is to request the Board of Directors to approve and authorize the General Manager and Rail & Transit Administrator to execute a formal contract with CNR MA Corporation ("CNR MA"), a joint venture of China CNR Corporation Limited and CNR Changchun Railway Vehicles Co., Ltd., that has formed a new Massachusetts Corporation, to furnish and deliver 284 Orange and Red Line vehicles.  The contract includes the purchase of 152 new Orange Line vehicles and 132 new Red Line vehicles, counting the option to purchase 58 additional Red Line vehicles.  The contract also includes Capital Spare Parts, CCTV Operator Display Screens, Gap Mitigation Devices, LCD Monitors, Automatic Passenger Counting Systems, and two Training Simulators, at a total delivered cost of $566,600,000.00 (base plus options).  A Domestic Content Audit will be conducted prior to issuance of NTP.

In addition, the Board of Directors hereby approves and authorizes the MassDOT Secretary and CEO to execute an Intergovernmental Service Agreement with the Massachusetts Bay Transportation Authority in the amount of $801,293,065 to fund the purchase of new Red and Orange Line vehicles and the associated support costs for the procurement.

## II.    BACKGROUND

The new Orange and Red Line vehicles are needed to replace the MBTA's 32-year old Orange Line cars and 44-year old Red Line cars.  The project will deliver a total of 284 vehicles.  152 new vehicles will be purchased for the Orange Line, replacing the entire fleet of 120 "No. 12" cars, while also increasing the fleet size by an additional 32 cars.  These additional vehicles will increase line capacity and decrease passenger wait times through reduction of headway intervals from 5-6 minutes to 4 minutes during rush hours, as well as provide a 20% spare ratio. 74 new vehicles will be purchased for the Red Line to replace all of the "No. 1" cars.  Additionally, it is recommended that the option to purchase an additional 58 new Red Line vehicles to replace the "No. 2" cars be executed.  The "No. 2" vehicles are 27-years old.  In this scenario, the only veteran Orange or Red Line vehicles remaining in service will be the Red Line's "No. 3."

The MBTA conducted an extensive procurement that is funded entirely by state transportation bond funds, required sixty percent domestic content, minority and women owned business enterprise (M/WBE) participation, and final assembly in Massachusetts.

---

[1] This Staff Summary is not intended to provide a comprehensive description of the overall procurement process. The MBTA's decision to recommend award of the new Orange and Red Line vehicles contract to CNR MA is based upon the entire procurement record.  The facts identified in this Staff Summary are intended to highlight only certain aspects of the procurement process.

The design of the new vehicles will increase capacity by 15 passengers per car.  The vehicles will also include features that enhance passenger accessibility, including wider and electrically operated doors (32 inch leafs, 64 inch openings) four accessible areas per car, advanced passenger information and announcement systems, and horizontal gap mitigation devices. Additionally, the vehicles will include energy efficient features such as LED lighting and modern HVAC systems.

Key features of the Authority's contract with CNR MA include a performance guarantee in the form of a Letter of Credit that provides an additional $100 million in security to the MBTA beyond what was required by the RFP.  CNR MA has also agreed to a project management and decision making approach in which they will meet regularly with the MBTA and provide a cultural liaison to act as a technical interpreter for the duration of the contract term. Additionally, CNR MA has agreed to establish a project office located within the Orange or Red Line service area with sufficient space to accommodate both CNR MA and MBTA project staff.

Further, CNR MA agreed to submit a project schedule that will include additional details concerning subsystem suppliers and the mobilization of their Massachusetts Final Assembly location, and has agreed to enhanced oversight of their major subsystem suppliers.

## III.    PROCUREMENT

The procurement has been structured using a *best value selection method* under which the MBTA will award the contract to the most qualified eligible proposer which provides the *best combination of technical quality and price,* based upon the criteria set forth in the Request for Proposal (the "RFP").  The following are a few select highlights of the procurement process:

- **Beginning in August, 2008 through 2013,** the technical specification was developed by the MBTA and STV National Vehicle Practice group.  The MBTA sought input from the vehicle manufacturing industry through numerous and thorough industry reviews.

- **On October 22, 2013**, the RFP was issued.

- **On December 3, 2013,** the MBTA held a Pre-proposal conference with vehicle manufacturers, sub-suppliers and M/WBEs.

- **In Requests for Clarification Prior to Proposal Due Date,** the MBTA received additional input from the vehicle manufacturing industry and issued resulting addenda to the RFP.

- **In April, 2014, the Independent Cost Estimate,** (ICE) was finalized by LTK and KPMG.

- **On May 15, 2014,** the MBTA received six (6) proposals.

- **From May 15-17, 2014, Eligibility Review was conducted, and** five (5) proposers were deemed eligible to proceed to Technical Evaluation.  One proposal was deemed ineligible due to a non-compliant performance guarantee.

- **From May through July, 2014,** the MBTA Evaluation Team reviewed technical proposals.

- **In June, 2014, site visits and reference checks** were conducted by the MBTA (through its engineering consultants).

- **From August 5-11, 2014,** the MBTA conducted *presentations and interviews separately with each eligible proposer,* giving equal time to each. Proposers were allowed to highlight aspects of their technical (non-price) proposal during the presentation portion, and the interview portion allowed the MBTA to meet a Proposer's management team and ask questions.

- **From August 22-28, 2014,** the MBTA conducted evaluation of Price Proposals with the assistance of KPMG and LTK.

- **On September 4, 2014,** the Senior Selection Committee made a recommendation to the General Manager to enter into negotiations with CNR MA.

- **From October 6-9, 2014,** the MBTA conducted negotiations with CNR MA.

- **On October 16, 2914, The MBTA General Manager,** after due reflection and consideration, made the determination to accept the recommendation of the Senior Selection to proceed to recommend the award of this contract to CNR MA Corporation to the MBTA Board of Directors.

## IV.     TOTAL PROJECT BUDGET

The total project budget for the procurement of the new Orange and Red Line vehicles is $801,293,065.

The budget consists of: professional design and engineering services for specification development and design QA ($17,599,417); vehicle production ($678,000,000); force account ($40,932,713); material procurement ($1,000,000); MBTA support costs for project administration ($23,718,398); and other contingency vehicle and project costs ($40,042,537). The grand total is $801,293,065.

**Budget Summary:**

| Task | Budget | % |
|---|---|---|
| Design            Engineering (Professional Services) | $17,599,417 | 2.2% |

| Vehicle Production (Contractor) | $678,000,000 | 84.6% |
|---|---|---|
| Force Account | $40,932,713 | 5.1% |
| Material Procurement | $1,000,000 | 0.1% |
| MBTA Support Costs | $23,718,398 | 3% |
| Other | $40,042,537 | 5% |
| **Total** | **$801,293,065** | **100%** |

## V.     EVALUATION

The evaluation and selection process for this RFP was conducted by the Contracting Officer and three teams: (1) the Procurement Management Team, responsible for administering, facilitating and maintaining the integrity of the evaluation and selection process; (2) the Senior Selection Committee, which made final decisions regarding the evaluations and made the recommendation as to the award of the Contract to the General Manager; and (3) and Advisory Committees, which assisted the Senior Selection Committee in the evaluation process.  Collectively, these three teams and the MBTA Contracting Officer form the Evaluation Team.   The Senior Selection Committee is comprised of Jonathan Davis, Deputy General Manager, Finance and Administration/Executive Chief Financial Officer; Jeffrey Gonneville, Chief Mechanical Officer; and Dion Stubbs, Deputy Chief Operating Officer.   Additionally, STV, KPMG, LTK, CH2MHill, and PB Americas provided technical support to the Evaluation Team, along with the assistance of MBTA subject matter experts in areas of Safety, Quality Assurance, Human Resources, Supplier Diversity, and Environmental Compliance.

In order to ensure the integrity of the evaluation and selection process, all personnel involved signed confidentiality and non-disclosure agreements, as well as notified the PMT of any potential conflicts of interest prior to their participation.  Further, all evaluation activities were conducted at off-site locations that were restricted to the appropriate members of the Evaluation Team, selected support staff, the General Manager, and the General Counsel.

On May 15, 2014, Proposals were received from the following: Bombardier, Construcciones y Auxiliar de Ferrocarriles (CAF), CNR MA, CSR Qingdao Sifang (CSR), Hyundai Rotem and Kawasaki Rail Car.  The RFP required that Proposals be submitted in two parts: the Price Proposal ("Part A Price Proposal") and the Technical Proposal and Statements and Certifications Regarding Eligibility ("Part B Technical Proposal").  The Part A Proposals remained sealed until the evaluation of the Part B Proposals was completed.

Immediately following the receipt of the Proposals, the PMT supervised the evaluation of each Part B Technical Proposal in order to determine that it was eligible for consideration.  Eligibility was based on compliance with the requirements of the RFP, and the responsibility of the Offeror and its major subsystem suppliers (including financial resources to perform the contract, satisfactory past performance records, and satisfactory records of business ethics).

**SUBJECT:** Red and Orange Line Vehicles
RFP No. CAP 27-10

**AUTHOR:**
**DATE:**
**PAGE:**          5

During the Eligibility Review, it was determined that the Part B Technical Proposal submitted by CAF was non-responsive because CAF indicated that it would not comply with the performance guarantee requirement (Letter of Credit) for the contract.  As such, CAF was removed from the evaluation process.

## PART B TECHNICAL PROPOSAL

The following five criteria were evaluated in the Part B Technical Proposal:

1. Technical Approach
2. Manufacturing Plan
3. Past Performance
4. Quality Assurance Plan
5. Participation of Minority and Women Owned Business Enterprises

The evaluation criteria were considered in descending order with the first three (Technical, Manufacturing, and Past Performance) being considered of prime and equal importance. Overall, the Part B Technical Proposal was considered to be more important than the Part A Price Proposal.

The MBTA utilized an adjectival rating system using the following ratings: (i) Exceptional; (ii) Good; (iii) Acceptable; (iv) Potential to Become Acceptable; (v) Unacceptable.

The Proposers received the following ratings:

CNR:                    2 "Goods, 3 "Acceptables"

Kawasaki:            1 "Good", 4 "Acceptables"

Bombardier:        1 "Good", 2 "Acceptables", 2 "Potential to Become Acceptable"

Hyundai Rotem:    4 "Acceptables, 1 "Potential to Become Acceptable",

CSR:                    1 "Acceptable", 1 "Potential to Become Acceptable", 3 "Unacceptables"

For a more detailed description of the Proposer's ratings, please see Exhibit A (attached).

## Part A PRICE PROPOSAL

Following the completion of the evaluation of the Part B Technical Proposals, for those Proposals receiving an *"Potential to be Acceptable"* rating or better, the Part A Price Proposals were opened and initially evaluated by the Price Proposal Advisory Committee, led by Mr. Dana Levenson, Assistant Secretary and Chief Financial Officer, MassDOT. To assist in assessing the Part A Price Proposals an Independent Cost Estimate (the "ICE") was developed by LTK Engineering Services for the MBTA. The ICE was developed prior to receipt of Proposals using publically available industry information.

The ICE was developed using three separate approaches:

- 10% - Escalated Averages of Recent Procurements

- 40% - Manufacturing Cost Build-up Based on Recent Procurements
- 50% - Cost Build-up of Recent Procurements of Near Compatible Car

The approaches were combined as a weighted average to develop a single composite estimated vehicle price.

In addition, the Price Proposal Advisory Committee determined that the Price Proposals, both in comparison to the ICE as well as in comparison to each other, were complete and responsive, reasonable and realistic, balanced, and responsible.

The chart below details the individual Part A Price Proposals in comparison to the ICE



Pursuant to the terms of the RFP, the Senior Selection Committee was charged with identifying the Offer that represented the best value to the Authority, taking into account the Part A Price Proposal and the Part B Technical Proposal.  In determining the best value, the Senior Selection Committee weighed trade-offs between the Part A Price Proposals and Part B Technical Proposals to identify the Offeror that is most advantageous to the Authority.  In this process, the Part B Technical Proposal is considered more important than the Part A Price Proposal.

## PRICE AND TECHNICAL PROPOSAL RATINGS

| Offeror | Overall Part B Technical Proposal Score | Base Price | Total Price Including Base and Options |
|---|---|---|---|
| Bombardier | Acceptable | $858,500,000 | $1,080,100,000 |
| CAF | Not evaluated | Not evaluated | Not evaluated |
| CNR | Acceptable | $430,200,000 | $566,600,000 |
| CSR | Unacceptable | Not evaluated | Not evaluated |
| Hyundai Rotem | Acceptable | $556,000,000 | $720,600,000 |
| Kawasaki | Acceptable | $716,100,000 | $904,900,000 |

On September 4, 2014, the Senior Selection Committee made its recommendation to the General Manager, which identified CNR MA as the most advantageous Offeror. CNR MA's Part B Technical Proposal was given an overall rating of Acceptable, which demonstrates an approach that meets the requirements of the RFP with an acceptable level of quality and a reasonable probability of success. Further, CNR MA's Part A Price Proposal of approximately $566.6 million was determined to be reasonable, responsible and balanced. To support its findings regarding the Part A Proposal, the Senior Selection Committee conducted an analysis that confirmed CNR MA's total price to be realistic. As such, the Senior Selection Committee recommended to the General Manager that the Authority enter into negotiations as necessary to finalize the contract with CNR MA as the best value Offeror. Included in the Senior Selection Committee's recommendation was a decision that the issuance of a request for Best and Final Offers was not warranted.

## VI.    CNR MA'S TECHNICAL APPROACH AND MANUFACTURING PLAN

China CNR Corporation Limited is the largest rail car manufacturer in the world, with a production capacity of 1,000 high speed trains, 1,200 mass transit vehicles and 500 railway vehicles. CNR's facility in Changchun, China covers 53 million square feet and is one of the largest transit vehicle facilities in the world. CNR has indicated that two manufacturing lines at the Changchun facility will be dedicated to the MBTA Orange and Red Line project. The Changchun facility also features four test tracks for mass transit vehicles, with additional test tracks for high speed rail.

CNR has extensive experience manufacturing stainless steel carbodies and implementing vehicle weight management, which is described with a high level of detail in their Part B Technical Proposal. CNR utilizes advanced manufacturing methods and equipment such as robotic and laser welding, as well as advanced car component material such as carbon fiber. Additionally, through site visits conducted on behalf of the MBTA, we have confirmed that CNR has a high level of engineering competence with more than 600 employees devoted to Research and Development.

CNR MA intends to build a new manufacturing facility for final assembly of the new Orange and Red Line vehicles at 655 Page Boulevard in Springfield, Massachusetts, which will serve as

CNR MA's North American headquarters.  The Springfield site is an environmentally cleared 40 acre site that is "shovel ready." CNR MA plans to build a facility that includes over 150,000 square feet of manufacturing and office space.  This facility will include a dynamic test track, which will enable testing prior to shipment of the vehicles to the Authority.  <u>CNR MA plans to invest $60 million of its own resources into this facility.</u>

The MBTA recognizes that the new Orange and Red Line vehicles represent CNR's first experience providing heavy rail vehicles to the North American market.  As such, the Authority has negotiated a number of contract provisions designed to mitigate risk, which are described in greater detail in **Section X** of this Staff Summary.

CNR MA has conducted extensive local outreach in order to staff its Massachusetts facility, including partnering with the City of Springfield's Office of Planning and Economic Development, Putnam Vocational Technical Academy, Western New England College, UMass Amherst College of Engineering, Regional Employment Board of Hampden County, and the Pioneer Valley Construction Trades.  CNR MA projects approximately 150 jobs at its Massachusetts facility, plus an additional 100 jobs during construction.

## VII.    MINORITY AND WOMEN OWNED BUSINESS ENTERPRISES

CNR MA has secured strong participation from M/WBE firms with a utilization of 8.8% of the total contract value and has demonstrated a commitment to increasing this participation level, identifying an additional 7% in unsecured participation and opportunities for M/WBEs during construction of the Massachusetts facility. This M/WBE utilization represents the highest commitment of any of the "Acceptable" Proposals.  CNR MA utilized two local Massachusetts firms to help them conduct outreach to the M/WBE community and held workshops and other outreach efforts in order to maximize participation. CNR MA will be required to submit quarterly reports to the MBTA on its M/WBE utilization and any proposed substitutions of M/WBEs will require the approval of the MBTA.

## VIII.   ACCESSIBILITY

The new Orange and Red Line vehicles will include features that enhance passenger accessibility, including wider and electrically operated doors that will provide accessibility even if one door leaf is not operational (32 inch leafs, 64 inch openings), four accessible areas per car, 30 inch wide emergency egress end doors, visual and audible door open and door closing warnings, synchronized automatic audio and visual station announcements, passenger emergency intercoms with Braille located near wheelchair locations at accessible heights, contrasting stanchions and handholds, and horizontal gap mitigation devices.

## IX.    CNR MA MASSACHUSETTS WORKFORCE

In the proposed contract, CNR MA has agreed to furnish labor that can work in harmony with all other elements of MBTA labor in its Massachusetts manufacturing facility.  In addition, the contract requires CNR MA to submit a plan that describes its approach to the solicitation and hiring of its Massachusetts workforce.  Additionally, CNR MA will confirm that pay rates and

benefits for its Massachusetts workers are comparable to those pay rates and benefits in the region.  Further, CNR MA has agreed to recognize the importance of developing a diverse workforce that reflects the demographics of the Springfield area. The contract also requires that CNR MA pay their Massachusetts workers no less than prevailing rates and fringe benefits for their trades as published by the Massachusetts Department of Labor and Industries.

## X.     KEY CONTRACT PROVISIONS TO MITIGATE RISK

The MBTA recognizes that the new Orange and Red Line vehicles represent CNR's first experience providing heavy rail vehicles to the North American market.  As such, the Authority has negotiated a number of contract provisions designed to mitigate risk, highlights of which are discussed below.

The RFP requires that the Offeror provide a performance guaranty in the form of an Irrevocable Stand-By Letter of Credit equal to the amount of 30% of the base price plus the options executed.  The MBTA has requested that CNR MA increase the Letter of Credit by an additional $100 million with a modified amortization schedule.

Additionally, CNR MA will provide at its expense a Cultural Liaison who will be present at all meetings to act as a technical interpreter for the duration of the contract term.

The RFP requires Bi-weekly Project Team meetings, in which the Offeror and the Authority will employ a cooperative partnering approach to facilitate agreement on all aspects of the work, including both technical and commercial issues.   CNR MA has also agreed to a project management and decision-making approach, which provides for executive/senior level engagement from the outset and a tiered project management framework that clarifies decision-making responsibilities at each level, including timely identification and resolution of issues.

1. Quarterly Reports to the MassDOT/MBTA Board of Directors re: project progress.
2. Semi-annual Executive/Senior CNR Management and MBTA Management Meetings, for the purpose of providing an update and status as to the progress of the work and a report on any material matters involving scope, budget and timing.
3. Quarterly Meetings with Senior Management, for the purpose of providing an update regarding the progress of the work and any material matters involving scope, budget and timing.  In the event that any mission critical items remain unresolved at the Project Director level, it will be addressed at the Quarterly Senior Management Meeting.
4. Monthly Project Director Meetings, in which the Project Directors shall have the authority necessary to regularly resolve the matters presented by the Project Team.

CNR MA has also agreed to establish a project office within the Orange or Red Line service area with sufficient space to accommodate both CNR MA and MBTA project staff.  This project office will be equipped with WebX or similar web-based conferencing capability and a CADD design review station.  Further, CNR MA will provide office space and access for the Authority Project Team so that they may integrate and work with the personnel located at applicable CNR facilities, including the Changchun, China facility.

The RFP requires that the Offeror submit a Critical Path Method ("CPM") Master Project Schedule within 30 days after the issuance of a Notice to Proceed. CNR MA has further agreed that the CPM shall also include all details concerning major subsystem suppliers as well as activities regarding Massachusetts Final Assembly mobilization. It is understood and agreed that the CPM shall act as a project management tool and that any information contained in the CPM does not act as an amendment or modification to the contractual delivery schedule. CNR MA shall, at the Authority's request, provide a remediation plan to compensate for delays in the schedule. Additionally, contract terms have been strengthened so that the Authority can take legal action to address schedule slippage.

The RFP requires that the Offeror identify major subcontractors within 90 days after the Notice to Proceed. CNR MA has further agreed that each major subcontractor be required to certify in writing its understanding of the full contractual technical provisions, and that such certification be delivered to the Authority together with each Purchase Order. Additionally, the Authority shall identify in writing those major subcontractors required to be present at the line-by-line review meeting, as well as additional applicable design review meetings as determined by the Authority.

## XI.     DELIVERY SCHEDULE

The Orange Line pilot cars are scheduled to be delivered 36 months from Notice to Proceed (NTP) (2018). Orange Line production cars are schedule to be delivered at a rate of 4 cars per month beginning 48 months from NTP (2019). Red Line pilot cars are scheduled to be delivered 51 months from NTP (2019) and production car delivery at a rate of 4 cars per month is scheduled to begin 59 months from NTP (2019). The estimated contract completion date is 2024 with the Red Line Option cars.

The contract includes a liquidated damages provision for late delivery of vehicles of $500 per day.

**FINANCIAL IMPACT:**  This procurement is funded in its entirety by State Transportation Bond Funds. The project is included in the Approved Capital Investment Program. This action authorizing the purchase of 284 rail cars at a cost not to exceed $566,600,000 is consistent with the existing budget.

**ALTERNATIVE:**  Currently, the Orange and Red Lines are operating at full capacity with aging vehicle fleets. If new vehicles are not purchased, Heavy Rail Operations will experience unsustainable reliability, increased service disruptions, and increased maintenance costs due to a shortage of spare vehicles and the continued loss of vehicles largely due to extreme obsolescence. Further, existing Orange and Red Line service will need to be reduced by increasing service intervals, passenger wait times and total trip durations during peak hours.

The Board could decide not to award CNR MA the contract Orange and Red Line vehicles and re-advertise the RFP. This is not recommended because competition for this procurement was open and adequate with participation from multiple qualified firms. Additionally, re-advertisement would delay the delivery of these much-needed Orange and Red Line vehicles, as

well as open the door to potential increases in vehicle costs.  Finally, the age and unique characteristics of the MBTA's Orange and Red Line systems requires vehicles designed to MBTA-specific technical requirements.  For this reason, leased or used heavy rail vehicles designed for other systems are not viable alternatives.

**RECOMMENDATION:**  The MBTA recommends that the Board of Directors approve and authorize the General Manager and Rail & Transit Administrator to award a contract to CNR MA Corporation, a Massachusetts corporation that is a joint venture of China CNR Corporation Limited and CNR Changchun Railway Vehicles Co., Ltd., to furnish and deliver 284 Orange and Red Line vehicles in accordance with Technical Specification No. VE-10-036, which includes the option to purchase an additional 58 Red Line vehicles.  The contract also includes Capital Spare Parts, CCTV Operator Display Screens, Gap Mitigation Devices, LCD Monitors, Automatic Passenger Counting Systems, and Training Simulators, at a total delivered cost of $566,600,000 (base plus options).  CNR MA has submitted a competitive and compliant Offer in accordance with the procedures of the MBTA.

**ENCLOSURES:**
Tab A – Vote
Exhibit A -Chart

**COORDINATION COPIES TO:**
Stephanie Neal-Johnson, Undersecretary and Chief Diversity Officer, ODCR – Concur/857-368-8894
Jeffrey Gonneville, Chief Mechanical Officer, MBTA Operations – Concur/4554
Dion Stubbs, Deputy Chief Operating Officer, MBTA Operations – Concur/5007
Daniel Smith, Deputy Director of Materials Management – Concur/3348
Sean McCarthy , Chief Operating Officer, Deputy General Manager, Operations and Capital Program Implementation/Executive
Jonathan R. Davis, Deputy General Manager, Finance and Administration/Executive Chief Financial Officer
Paige Scott Reed, General Counsel for MassDOT and MBTA
Beverly A. Scott, Ph.D., General Manager and Rail & Transit Administrator

**TAB-A**

# VOTE

**VOTED**:

That, subject to the approval of the Massachusetts Department of Transportation, the General Manager and Rail & Transit Administrator be, and she hereby is, authorized to execute a formal contract, in a form approved by the General Counsel, with CNR MA Corporation, a Massachusetts corporation that is a joint venture of China CNR Corporation Limited and CNR Changchun Railway Vehicles Co., Ltd., to furnish and deliver 284 Orange and Red vehicles in accordance with Technical Specification No. VE-10-036, at a total not-to-exceed delivered cost of $566,600,000.00.

In addition, that the Board of Directors hereby approves and authorizes the MassDOT Secretary and CEO to execute an Intergovernmental Service Agreement with the Massachusetts Bay Transportation Authority in the amount of $801,293,065 to fund the purchase of new Red and Orange Line vehicles and the associated support costs for the procurement.

**VOTED**:

That the Recording Secretary be, and hereby is, authorized to certify the preceding VOTE immediately after the close of this meeting.