◈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Hyundai Rotem Company

V.

MBTA, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:15-cv-10132-FDS

| PRESIDING JUDGE F. Dennis Saylor, IV | PLAINTIFF'S ATTORNEY Multiple | DEFENDANT'S ATTORNEY Multiple |
|---|---|---|
| ~~TRIAL~~ DATE (S) 3/17/2015 | COURT REPORTER Valerie O'Hara | COURTROOM DEPUTY Lisa Pezzarossi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | -- | 3/17/2015 | -- | x | Webpage from Mass.gov entitled Transportation Reform  (introduced by Intervenor Plaintiff) |
| 2 | -- | 3/17/2015 | -- | x | MBTA Board Meeting of December 2009 minutes (introduced by Intervenor Plaintiff) |
| 3 | -- | 3/17/2015 | -- | x | MBTA Board Meeting of June 2, 2010 minutes (introduced by Intervenor Plaintiff) |
| 4 | -- | 3/17/2015 | -- | x | MassDOT Board Meeting of July 11, 2012 minutes (introduced by Intervenor Plaintiff) |
| 5 | -- | 3/17/2015 | -- | x | Civil Docket for Case #1:10-cv-11567-RGS  (introduced by Intervenor Plaintiff) |
| 6 | -- | 3/17/2015 | -- | x | Correspondence dated 11/10/2014 from Paige Scott Reed, General Counsel -MassDOT and MBTA |
|   |   |   |   |   | to George C. Rockas, Esquire. (introduced by Intervenor Plaintiff) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages