UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYUNDAI ROTEM COMPANY,           ) | |
|                 Plaintiff,           ) | |
| v.           ) | 15-cv-10132-FDS |
| MASSACHUSETTS BAY TRANPORTAITON AUTHORITY and CNR MA CORPORATION           ) | |
|                 Defendants.           ) | |

ORDER OF DISMISSAL

SAYLOR, D. J.

      In accordance with the Court's ruling and for the reasons stated on the record on March 17, 2015, it is hereby ORDERED that the above-entitled action be dismissed.

                                            So Ordered.

                                            F. DENNIS SAYLOR, IV
                                            UNITED STATES DISTRICT JUDGE

                                            By the Court:

March 20, 2015                      /s/ Lisa Pezzarossi
Date                                    Deputy Clerk